1   PATRICK T. CONNOR, Esq., Bar No. 89136
Email: pconnor@deconsel.com

2   MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com

3   DeCARLO, CONNOR & SHANLEY,
a Professional Corporation

4   533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706

5   Telephone (213) 488-4100
Telecopier (213) 488-4180

6

7   Attorneys for Plaintiffs, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES

8   FOR THE CARPENTERS SOUTHWEST TRUSTS

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11                          SOUTHERN DIVISION

12   CARPENTERS SOUTHWEST          )   CASE NO. SACV 09-0061
     ADMINISTRATIVE               )            AG(ANx)
13   CORPORATION, a California     )
     non-profit corporation; and BOARD OF )
14   TRUSTEES FOR THE CARPENTERS   )
     SOUTHWEST TRUSTS,             )   JUDGMENT PURSUANT TO
15                                 )   STIPULATION FOR ENTRY OF
                                   )   JUDGMENT
                    Plaintiffs,    )
16                                 )
                                   )
17   v.                            )
                                   )
18   ASPEN INTERIORS, INC., a      )
     California corporation; and DOES )
19   1 through 10, inclusive,      )   Before The Honorable
                                   )        Andrew J. Guilford
20                  Defendants.    )
                                   )
21   _____ )

22       **IT IS HEREBY  ORDERED,** that plaintiffs, CARPENTERS SOUTHWEST

23   ADMINISTRATIVE CORPORATION, a California non-profit corporation; and

24   BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

25   shall have judgment against, ASPEN INTERIORS, INC., a California corporation as

26   follows:

27       **AS TO THE FIRST CLAIM FOR RELIEF:**

28       1).    Unpaid Contributions                    $2,808.49

| | | |
|---|---|---|
| 2) | Liquidated Damages | $1,636.60 |
| 3) | Attorneys' Fees | $  645.51 |
| | GRAND TOTAL | $5,090.60 |

4)   Plus costs to be determined after

entry of judgment

5)   Pursuant to 28 U.S.C. §1961(a), this

judgment shall bear interest

**AS TO THE SECOND AND THIRD CLAIMS FOR RELIEF**:

1)   For issuance of a permanent injunction restraining and enjoining ASPEN INTERIORS, INC. for so long as it remains bound to make any payments or contributions to the FUNDS hereunder, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,

a)  Complete, Monthly Reports to Trustees for the period of January 2008 to the date of judgment,

b) All post judgment Monthly Reports to Trustees covering all employees of ASPEN INTERIORS, INC. employed during the previous month under the Agreements between the parties,

c) A declaration from a responsible employee of ASPEN INTERIORS, INC. attesting from his or her knowledge under penalties or perjury to the completeness, truthfulness and accuracy for the Monthly Report, and

d) Checks for the full amount shown as owing on the Monthly Report, payable as designated on the Monthly Report.

Dated: June 24, 2009

THE HONORABLE ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

2